CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

FEB 0 1 2007

JOHN F. CORCORAN, CLERK
BY: /s/ J. Bush
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| THEODORA CRAWFORD, | |
| Petitioner, | Civil Action No. 7:07-cv-00027 |
| v. | **FINAL ORDER** |
| BARBARA J. WHEELER, | By: Hon. James C. Turk |
| Respondent. | Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

### ADJUDGED AND ORDERED

that the above referenced petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254, shall be and hereby is **DISMISSED** without prejudice for failure to exhaust state court remedies and is stricken from the active docket of the court.

The Clerk is directed to send a certified copy of this final order and the accompanying memorandum opinion to the petitioner.

ENTER: This 31st day of January, 2007.

/s/ James C. Turk
Senior United States District Judge

Dockets.Justia.com